THE STATE EX REL. COOPER, APPELLEE, *v.* UNITED
PARCEL SERVICE ET AL., APPELLANTS.

[Cite as *State ex rel. Cooper v. United Parcel
Serv.* (1998), 83 Ohio St.3d 329.]

(No. 97–988—Submitted September 16, 1998—Decided October 7, 1998.)

*Mark B. Weisser,* for appellee.

*Garvin & Hickey, L.L.C.,* and *Preston J. Garvin,* for appellant United Parcel Service.

*Betty D. Montgomery,* Attorney General, and *Miltina A. Gavia,* Assistant Attorney General, for appellants Industrial Commission and Bureau of Workers' Compensation.

---

The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Indus. Comm.* (1998), 82 Ohio St.3d 516, 696 N.E.2d 1069.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.